**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re DEVIN KYLE WADE cases. | Case Nos. EDCV 24-1640-MWF (JPR); EDCV 24-1644-MWF (JPR); EDCV 24-1646-MWF (JPR); EDCV 24-1656-MWF (JPR); EDCV 24-1657-MWF (JPR); EDCV 24-1662-MWF (JPR); EDCV 24-1663-MWF (JPR); EDCV 24-1664-MWF (JPR); EDCV 24-1665-MWF (JPR); EDCV 24-1666-MWF (JPR); EDCV 24-1667-MWF (JPR); EDCV 24-1671-MWF (JPR); EDCV 24-1823-MWF (JPR); EDCV 24-1919-MWF (JPR); EDCV 24-1920-MWF (JPR); EDCV 24-1935-MWF (JPR); EDCV 24-1936-MWF (JPR); EDCV 24-1973-MWF (JPR); EDCV 24-1974-MWF (JPR); EDCV 24-1975-MWF (JPR); EDCV 24-1976-MWF (JPR); EDCV 24-1984-MWF (JPR); EDCV 24-1987-MWF (JPR); EDCV 24-1996-MWF (JPR) |
| | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DECLARING DEVIN KYLE WADE A VEXATIOUS LITIGANT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaints in the above-listed cases, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.  Since the R. & R. was issued, Plaintiff has filed an

-1-

1  additional 12 civil-rights lawsuits, 11 of which are active.  See

2  5:24-cv-1919-MWF-JPR; 5:24-cv-1920-MWF-JPR; 5:24-cv-1935-MWF-JPR;

3  5:24-cv-1936-MWF-JPR; 5:24-cv-1973-MWF-JPR; 5:24-cv-1974-MWF-JPR;

4  5:24-cv-1975-MWF-JPR; 5:24-cv-1976-MWF-JPR; 5:24-cv-1984-MWF-JPR;

5  5:24-cv-1987-MWF-JPR; 5:24-cv-1996-MWF-JPR.  Those 11 cases suffer

6  from the same incurable deficiencies detailed in the R. & R. and

7  are therefore also dismissed as frivolous.  Moreover, Wade's abuse

8  of the court system has not been limited to civil complaints; in

9  the past three months, he has filed three separate habeas

10  petitions, all of them inappropriately claiming that he is a "crime

11  victim" himself, apparently based on various local law-enforcement

12  agencies' recent arrests of him for shoplifting and other offenses.

13  Although the Court will handle those cases in a separate order or

14  orders, these habeas petitions are further evidence of his

15  vexatious nature and justify extending the Magistrate Judge's

16  recommended vexatious-litigant order to future habeas petitions as

17  well.

18      ACCORDINGLY, IT IS ORDERED THAT:

19      1.  Devin Kyle Wade's pending civil-rights complaints are

20  dismissed with prejudice.

21      2.  Devin Kyle Wade is deemed a vexatious litigant, and the

22  Clerk of Court is directed not to file any pro se petition,

23  complaint, or IFP application from him unless he has previously

24  been granted leave to file the document by a Judge of this Court.

25  See C.D. Cal. R. 83-8.2.

26      3.  Judgment be entered in the above-captioned cases

27  consistent with this Order.

28  ///

1       4.  The Clerk serve this Order on all counsel or parties of

2  record.

3       **IT IS SO ORDERED.**

4

5  Dated: September 24, 2024    _____

6                              MICHAEL W. FITZGERALD
                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28